Cat08, Gallas, MDL, Termed

# U.S. District Court
# Northern District of Ohio (Akron)
# CIVIL DOCKET FOR CASE #: 5:08−cv−00738−JRA

Pamplin v. Davol Inc. et al
Assigned to: Judge John R. Adams
Demand: $75,000
Cause: 28:1332 Diversity−Personal Injury

Date Filed: 03/24/2008
Date Terminated: 04/28/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Marian Pamplin** represented by

**Ernest Cory**
CoryWatson Crowder &Degaris
2131 Magnolia Avenue
Birmingham, AL 35209
205−328−2200
Fax: 205−324−7896
Email: ecory@cwcd.com

**Jon C. Conlin**
CoryWatson Crowder &Degaris
2131 Magnolia Avenue
Birmingham, AL 35209
205−328−2200
Fax: 205−324−7896
Email: jconlin@cwcd.com

**Kenneth J. Ignozzi**
Dyer, Garofolo, Mann &Schultz
St. 1400
131 Ludlow Street
Dayton, OH 45402
937−223−8888
Fax: 937−223−0127
Email: kignozzi@dgmslaw.com
*ATTORNEY TO BE NOTICED*

**Stephen R. Hunt, Jr.**
CoryWatson Crowder &Degaris
2131 Magnolia Avenue
Birmingham, AL 35209
205−328−2200
Fax: 205−324−7896
Email: shunt@cwcd.com

V.

**Defendant**

**Davol Inc.**

**Defendant**

**C.R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/24/2008 | " 1 | **Complaint** with jury demand against all defendants. Filing fee $ 350, receipt number 0647000000002926781, filed by Marian Pamplin. (Attachments: # 1 Civil Cover Sheet, # 2 Summons) (Ignozzi, Kenneth) Modified text on 3/25/2008 (M,TL). (Entered: 03/24/2008) |
| 03/25/2008 | " | Judge John R. Adams assigned to case. (M,TL) (Entered: 03/25/2008) |
| 03/25/2008 | " | Random Assignment of Magistrate Judge pursuant to Local Rule 3.1. In the event of a referral, case will be assigned to Magistrate Judge James S. Gallas. (M,TL) (Entered: 03/25/2008) |
| 03/25/2008 | " 2 | Summons and Magistrate Consent Form issued for service upon Davol Inc. and C.R. Bard, Inc. (Attachments: # Magistrate Consent Form) (M,TL) (Additional attachment(s) added on 3/27/2008: # 2 Main Document, # 3 Magistrate Consent Form) (M,TL). (Entered: 03/25/2008) |
| 04/28/2008 | " 3 | Conditional Transfer Order (CTO−18) ; certified copy from The Judicial Panel on Multidistrict Litigation with case list attached. Clerk, Judicial Panel Multidistrict Litigation transferring case to District of Rhode Island and assigned to Judge Mary M. Lisi as case number CA 08−2457. (S,J) (Entered: 04/28/2008) |